**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

FILED
DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 21  P 2: 51

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

| | | |
|---|---|---|
| HEATHER THOMPSON SHAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  WMN 02-CV-335 |
| | ) | |
| COMSYS INFORMATION | ) | |
| TECHNOLOGY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

UPON CONSIDERATION of the Stipulated Motion to Enlarge Time for Filing Plaintiff's

Opposition to Defendant's Motion to Dismiss, and for the reasons stated therein, it is this 21st day

of _____June_____, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Stipulated Motion to Enlarge Time for Filing Plaintiff's Opposition to

Defendant's Motion to Dismiss be, and the same is hereby, GRANTED; and it is further

ORDERED, that the Plaintiff shall have until July 9, 2001 to file a response to the

Defendant's Motion to Dismiss.


_____
United States District Judge

Copies to:

Mindy G. Farber, Esq.
R. Douglas Taylor, Jr., Esq.
Jacobs, Jacobs & Farber, LLC
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20850
Counsel for plaintiff

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Counsel for defendant

                                       _____

                                       R. Douglas Taylor, Jr.