IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER THOMPSON SHAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. WMN 02-CV-335 |
| ) | |
| COMSYS INFORMATION ) | |
| TECHNOLOGY SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of the Stipulated Motion to Enlarge Time for Filing Plaintiff's Reply to the Defendant's Opposition to Plaintiff's Motion for Leave to Amend the First Amended Complaint, and for the reasons stated therein, it is this 11th day of October, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Stipulated Motion to Enlarge Time for Filing Plaintiff's Reply to the Defendant's Opposition to Plaintiff's Motion for Leave to Amend the First Amended Complaint be, and the same is hereby, GRANTED; and it is further

ORDERED, that the Plaintiff shall have until October 18, 2001 to file a Reply to the Defendant's Opposition to Plaintiff's Motion for Leave to Amend the First Amended Complaint.

_____
United States District Judge



Copies to:

Mindy G. Farber, Esq.
R. Douglas Taylor, Jr., Esq.
Farber Taylor, LLC
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20850
Counsel for plaintiff

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Counsel for defendant