IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HEATHER THOMPSON SHAI :

v. : Civil Action No. WMN-02-335

COMSYS INFORMATION :
TECHNOLOGY SERVICES, INC. :

ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 23rd day of December, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Dismiss, Paper No. 7, is DENIED as MOOT;

2. That Plaintiff's Motion to Amend Complaint, Paper No. 10, is DENIED as MOOT

3. That Plaintiff's Motion to Amend First Amended Complaint, Paper No. 14, is deemed a supplemental motion to amend the original complaint, and is GRANTED;

4. That the "Proposed Second Amended Complaint," attached to Paper No. 14, shall be considered the First Amended Complaint, and is deemed filed as of the date of this Order;



    5.    That Counts II through VI are DISMISSED; and

    6.    That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge