IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 FEB -3  P 12: 07

CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

| | |
|---|---|
| HEATHER THOMPSON SHAI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. WMN 02-CV-335 |
| COMSYS INFORMATION TECHNOLOGY SERVICES, INC., | ) |
| Defendant. | ) |

## STIPULATION OF THE PARTIES

The parties, Heather Thompson Shai ("plaintiff") and Comsys Information Technology Services, Inc. ("defendant"), by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The plaintiff shall have an additional seven (7) days in which to file her reply to defendant's opposition to her motion for reconsideration and for leave to amend and her opposition to defendant's motion for partial summary judgment, making said reply and opposition due on or before February 18, 2003.

2. The plaintiff shall have an additional thirty (30) days in which to propound her discovery responses to the defendant, making said responses due on or before March 8, 2003.

Respectfully submitted,

COMSYS INFO. TECH. SYSTEMS, INC.                HEATHER THOMPSON SHAI

By: _____                     _____
    Jack L.B. Gohn (#02823)                     Mindy G. Farber (#04054)
                                                R. Douglas Taylor, Jr. (#22542)

| Attorneys for defendant | Attorneys for plaintiff |
|---|---|
| GOHN, HANKEY & STICHEL, LLP | FARBER TAYLOR, LLC |
| 201 North Charles Street, Suite 2101 | One Central Plaza, Suite 808 |
| Baltimore, Maryland 21201 | 11300 Rockville Pike |
| (410) 752-9300 | Rockville, Maryland 20850 |
|  | (301) 770-8900 |

So Ordered.
On this 4th day of February, 2003.

_____
United States District Judge