IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

HEATHER THOMPSON SHAI,

    Plaintiff

v.                              Case No. WMN 02-CV-335

COMSYS INFORMATION
TECHNOLOGY SERVICES, INC.,

    Defendant

ORDER

HAVING READ AND CONSIDERED the Motion of Defendant for Protective Order and all papers filed with respect thereto, it is this 25th day of February, 2003, by the United States District Court for the District of Maryland, ORDERED that:

    1.    The Motion of Defendant for Protective Order be and the same hereby is GRANTED;

    2.    Defendant COMSYS Information Technology Systems, Inc. shall have until 30 days after this Court resolves Plaintiff's pending Motion for Reconsideration and to Amend and COMSYS' Opposition thereto and Motion for Partial Summary Judgment to respond to a pending Request for Production of Documents propounded by Plaintiff; and

    3.    The Clerk shall send a copy of this Order to counsel for the parties.



_____
United States District Judge

0004258.wpd