**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER THOMPSON SHAI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMSYS INFORMATION ) <br> TECHNOLOGY SERVICES, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. WMN 02-CV-335 |

**STIPULATION OF THE PARTIES REGARDING DISCOVERY**

The parties, Heather Thompson Shai ("plaintiff") and Comsys Information Technology Services, Inc. ("defendant"), by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The Court has before it the plaintiff's outstanding motion for reconsideration and for leave to amend and the defendant's outstanding motion for partial summary judgment.

2. To date, the parties have complied with all the deadlines in the January 8, 2003 Scheduling Order. The parties agree that the remaining deadlines regarding discovery as set forth in the January 8, 2003 Scheduling Order, should be enlarged because the parties do not know the full breath of the issues to be litigated, nor will the parties be able to develop the appropriate scope and direction of discovery until the motions are decided.

3. The parties agree that the discovery deadlines should be extended to allow them to adequately prepare their respective cases for trial.

4. The parties respectfully request that the Court extend all remaining discovery deadlines outlined in the January 8, 2003 Scheduling Order by seventy-five days from the date of the Court's

Order deciding the outstanding motions.

                                              Respectfully submitted,

COMSYS INFO. TECH. SYSTEMS, INC.     HEATHER THOMPSON SHAI

By:   _/s/_____     _/s/_____
       Jack L.B. Gohn (#02823)         Mindy G. Farber (#04054)
                                            mfarber@erols.com
                                            R. Douglas Taylor, Jr. (#22542)
                                            dtaylor@farbertaylor.com
                                            Mary E. Henry (#06195)
                                            mhenry@farbertaylor.com

       Attorneys for defendant          Attorneys for plaintiff

       GOHN, HANKEY & STICHEL, LLP    FARBER TAYLOR, LLC
       201 North Charles Street, Suite 2101   One Central Plaza, Suite 808
       Baltimore, Maryland 21201        11300 Rockville Pike
       (410) 752-0412                     Rockville, Maryland 20850
                                            (301) 881-6800
                                            (301) 770-3927 Fax No.

                              So Ordered.
                              On this ____ day of _____, 2003.

                              _____
                              United States District Judge