```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

HEATHER THOMPSON SHAI          :
                               :
v.                             :   Civil Action No. WMN-02-335
                               :
COMSYS INFORMATION             :
 TECHNOLOGY SERVICES, INC.     :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 28th day of April, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff Motion for Reconsideration and for Leave to Amend, Paper No. 23, is GRANTED in that leave to amend is granted;

2. That Plaintiff's Second Amended Complaint (which she has captioned as her "Third Amended Complaint") is deemed filed as of the date of this Order;

3. That Defendant's Motion for Partial Summary Judgment, Paper No. 25, is DENIED; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                        /s/
                               _____
                               William M. Nickerson

                                          Senior United States District Judge