**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER THOMPSON SHAI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil  No.  WMN 02-CV-335 |
| | ) |
| COMSYS INFORMATION TECHNOLOGY | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**LINE**

Please enter the appearance of Mary E. Henry as additional for the plaintiff.

Respectfully submitted,

FARBER TAYLOR, LLC


_____/s/_____
Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
Mary E. Henry (Bar No. 06195)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
(301)881-6800
Counsel for plaintiff


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of _____, 2002, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street

Baltimore, Maryland 21201

_____
Mary E. Henry