May 6, 2003

The Honorable William M. Nickerson
United States District Judge
United States District Court for the District of Maryland
Northern Division
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    **Re:**    **Heather Thompson Shai v. COMSYS Info. Tech. Svcs., Inc.**
                **U.S. District Court for the District of Maryland**
                **Case No. WMN 02-CV-335**

Dear Judge Nickerson:

    Enclosed please find a proposed revised scheduling order per the stipulation of the parties that was approved by the Court on March 5, 2003. Mr. Gohn has reviewed it and is in agreement.

    Thank you for your consideration.

                                          Sincerely,

                                          /s/

                                          R. Douglas Taylor, Jr.
                                          Mary E. Henry

cc:    Heather Shai (via regular mail)
       Jack Gohn, Esq.