**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| HEATHER THOMPSON SHAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. WMN 02-CV-335 |
| | ) | |
| COMSYS INFORMATION | ) | |
| TECHNOLOGY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REVISED SCHEDULING ORDER**

On April 28, 2003, the Court granted the plaintiff's motion for reconsideration and motion to amend/correct and directed that plaintiff's second amended complaint (captioned a third amended complaint) be filed and denied the defendant's motion for partial summary judgment. Pursuant to the Court's approval on March 5, 2003 of the stipulation of the parties to extend all remaining discovery deadlines by seventy-five (75) days from the date of the Court's Order concerning the plaintiff's motion for reconsideration and for leave to amend, and the defendant's motion for partial summary judgment, the initial Scheduling Order in this case is revised as follows:

I. DEADLINES

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | July 14, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | July 28, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 27, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) | |

| | |
|---|---|
| disclosures <u>re</u> experts | September 10, 2003 |
| Rule 26(c)(2) supplementation of disclosures and responses | September 17, 2003 |
| <u>Discovery deadline</u>: <u>submission of status report</u> | October 13, 2003 |
| Requests for admission | October 20, 2003 |
| <u>Dispositive pretrial</u> <u>motions deadline</u> | November 13, 2003 |

## II. <u>DISCOVERY</u>

<u>Initial Disclosures</u>

    This is an action in which Fed. R. Civ. P. 26(a)(1) disclosures need not be made.

<u>Discovery Conference</u>

    This action is exempted from the requirements of the first sentence of Fed. R. Civ. P. 26(d) and from Fed. R. Civ. P. 26(f). However, you are encouraged to confer with one another immediately in order to (a) identify the issues, (b) set a discovery plan, (c) determine if the case can be resolved before your clients incur further litigation expense and (d) establish a cordial professional relationship among yourselves.

<u>Procedure</u>

All the provisions of Local Rule 104 apply, including the following:

    a. All written discovery requests must be served in time to assure that they are answered before the discovery deadline. An extension of the deadline will not be granted because of unanswered discovery requests.

    b. The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery. The filing of a motion to compel or a motion for a protective order will not result in a general extension of the discovery deadline.

    c. No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court. If they are, they will not be returned by the Clerk but will be retained for seven days. Thereafter, unless retrieved by the filing party, they will be destroyed without further notice.

    d. Motions to compel shall be filed in accordance with Local Rule 104.8.

So Ordered.

On this _____ day of _____, 2003.


_____
United States District Judge