IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER THOMPSON SHAI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMSYS INFORMATION TECHNOLOGY )<br>SERVICES, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil No. WMN 02-CV-335 |

**PLAINTIFF'S NOTICE OF SERVICE**

Plaintiff, Heather Thompson Sahi, hereby files the following Certificate of Service of discovery documents, which were sent by first class mail, postage prepaid, to counsel for the defendant on May 2, 2003, retaining on file the original:

1. Plaintiff's Answers to interrogatories

2. Request for Production of Documents.

3. Privilege Log

Respectfully submitted,

FARBER TAYLOR, LLC


_____/s/_____
Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
Mary E. Henry (Bar No. 06195)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
(301)881-6800
Counsel for plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 14th day of May 2003, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201

                                                 /s/
                                         Mary E. Henry