**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER THOMPSON SHAI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  WMN 02-CV-335 |
| | ) |
| COMSYS INFORMATION | ) |
| TECHNOLOGY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STATEMENT OF ATTORNEY'S FEES**

The undersigned attorneys for Plaintiff, Heather T. Shai, pursuant to the Local Rules, Appendix B, §1(c), herein submit this statement of attorney's fees:

Ms. Shai has $ 45,295.51 in attorney's fees resulting from 190.5 hours of billable time.

        Respectfully submitted,

        FARBER TAYLOR, LLC

        _____/s/_____
        Mindy G. Farber (#04054)
        R. Douglas Taylor, Jr. (#22542)
        Mary E. Henry (#06195)
        One Central Plaza, Suite 808
        11300 Rockville Pike
        Rockville, Maryland 20852
        (301) 881-6800
        Counsel for plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 8th day of July, 2003, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201

                                              /s/
                                    R. Douglas Taylor, Jr.