**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER THOMPSON SHAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. WMN 02-CV-335 |
| ) | |
| COMSYS INFORMATION TECHNOLOGY ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER**

Request for entry of Judgment in favor of the plaintiff, Heather Thompson Shai, and against the Defendant, Comsys Information Technology Services, Inc., in the amount of $10,000.00 pursuant to defendant's Rule 68 offer of judgment, (see Attachment A), and the plaintiff's acceptance of the defendant's offer of judgment, (see Attachment B).

Respectfully submitted,

FARBER TAYLOR, LLC

_____
Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
Mary E. Henry (Bar No. 06195)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
(301)881-6800
Counsel for plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this ____ day of _____, 2003, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201

                                                                         _____
                                                                         Mary E. Henry