**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER THOMPSON SHAI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMSYS INFORMATION TECHNOLOGY )<br>SERVICES, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil No. WMN 02-CV-335 |

## JUDGMENT ON OFFER AND ACCEPTANCE

This action having been commenced on January 31, 2002 and Defendant, COMSYS Information Technology Services, Inc., having offered by notice in writing served on Plaintiff to permit judgment against itself for the sum of $10,000.00, including costs, which the Plaintiff duly accepted within 10 days in writing, NOW, upon motion of the Plaintiff's counsel, it is

ORDERED, that a judgment in the amount of $10,000.00, including costs, be, and is hereby, entered in favor of the Plaintiff, Heather Thompson Shai, and against the Defendant, COMSYS Information Technology Services, Inc.

_____     _____
Date                                                                  Clerk

Copies to:

Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
Mary E. Henry (Bar No. 06195)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20852
Counsel for plaintiff

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201
Counsel for Defendant