LAW OFFICES
# FARBER TAYLOR, LLC
ONE CENTRAL PLAZA
SUITE 808
11300 ROCKVILLE PIKE
ROCKVILLE, MARYLAND 20852

www.farberlegal.com

(301) 881-6800

FACSIMILE
(301) 770-3927

MINDY G. FARBER*†
R. DOUGLAS TAYLOR, JR.*•◊
JAMES E. RUBIN*†
MARY E. HENRY*†
STACEY E. TRIEN*

* MARYLAND BAR
† D.C. BAR
◊ VIRGINIA BAR

September 3, 2003

BY FACSIMILE (410) 752-2519 AND REGULAR MAIL

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201

Re: **Heather Thompson Shai v. COMSYS Info. Tech. Svcs., Inc.**
    **U.S. District Court for the District of Maryland**
    **Case No. WMN 02-CV-335**

Dear Mr. Gohn:

Ms. Shai accepts Comsys's Rule 68 offer of judgment as set forth your letter of August 26, 2003. This letter constitutes written acceptance of the offer of judgment as required by Rule 68 of the Federal Rules of Civil Procedure.

Sincerely,

R. Douglas Taylor, Jr.
Mary E. Henry

enclosure

cc: Heather Shai