IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER THOMPSON SHAI

    Plaintiff,

v.                                              Civil No. WMN 02-CV-335

COMSYS INFORMATION ECHNOLOGY
SERVICES, INC.,

    Defendant

## JUDGMENT ON OFFER AND ACCEPTANCE

This action having been commenced on January 31, 2002 and Defendant, COMSYS Information Technology Services, Inc., having offered by notice in writing served on Plaintiff to permit judgment against itself for the sum of $10,000.00, including costs, which the Plaintiff duly accepted within 10 days in writing, NOW, upon motion of the Plaintiff's counsel, it is

ORDERED, that a judgment in the amount of $10,000.00, including costs, be, and is hereby, entered in favor of the Plaintiff, Heather Thompson Shai, and against the Defendant, COMSYS Information Technology Services, Inc

_9/25/03_
Date

_/s/ William Nickerson_
William M. Nickerson
Senior U. S. District Judge