IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER THOMPSON SHAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. WMN 02-CV-335 |
| ) | |
| COMSYS INFORMATION TECHNOLOGY ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

Plaintiff, Heather Thompson Shai ("Ms. Shai"), by and through counsel, Mindy G. Farber, R. Douglas Taylor, Jr., Mary E. Henry, and Farber Taylor, LLC, pursuant to Local Rule 109.2.a, Rule 54(d)(2) of the Federal Rules of Civil Procedure, 42 U.S.C. § 12205 and 29 U.S.C. § 2617(1)(a)(3), hereby moves the Court for an Order awarding her attorneys' fees incurred in pursuing her claims against the defendant, Comsys Information Technology Services, Inc. Ms. Shai is submitting all the appropriate documentation of the fees incurred in prosecuting this lawsuit. Ms. Shai's attorneys fees are expected to total in excess of $57,000.00.

Respectfully submitted,

FARBER TAYLOR, LLC

By: _____/s/_____
Mindy G. Farber (#04054)
R. Douglas Taylor, Jr. (#22542)
Mary E. Henry (# 06195)
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20850
(301) 881-6800

              Counsel for plaintiff

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, on this _9th_ day of October, 2003, to the following:

Jack L. B. Gohn, Esq.  
Gohn, Hankey & Stichel, LLP  
201 North Charles Street, Suite 2101  
Baltimore, Maryland 21201  
Counsel for defendant

              _____/s/_____  
              R. Douglas Taylor, Jr.