IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER THOMPSON SHAI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. WMN 02-CV-335 |
| COMSYS INFORMATION TECHNOLOGY SERVICES, INC., | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of the plaintiff's petition for attorney's fees, and any response thereto, it is this ____ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the plaintiff's petition for attorney's fees be, and the same is hereby, GRANTED; and it is further

ORDERED, that the attorney's fees in the amount of $_____ be and are hereby awarded in favor of the plaintiff and against the defendant.

_____
United States District Judge

Copies to:

Mindy G. Farber, Esq.
R. Douglas Taylor, Jr., Esq.
Farber Taylor, LLC
One Central Plaza, Suite 808
11300 Rockville Pike
Rockville, Maryland 20850
Counsel for plaintiff

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Counsel for defendant