# Fee Petition

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 72581 | TIME | Mary | 0.00 | 2000.00 | 2000.00 |
| 10/8/2003 | | Preparation | 0.00 | Flat | |
| WIP | | Shai, Heather | 0.00 | | |
| Preparation of motion an dmemorandum for petition for attorney fees and bills. | | | 0.00 | | |

## Depositions

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 70218         TIME<br>7/30/2003<br>Billed         G:10647         8/5/2003<br>Review depo scheduling | Doug 250<br>Draft<br>Shai, Heather | 0.10<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 25.00 |
| 70543         TIME<br>8/11/2003<br>Billed         G:10785         9/8/2003<br>prepare deposition information | Mary<br>Preparation<br>Shai, Heather | 0.20<br>0.00<br>0.00<br>0.00 | 225.00<br>T@1 | 45.00 |
| 70718         TIME<br>8/11/2003<br>Billed         G:10785         9/8/2003<br>Notice of records deposition | Doug 250<br>Draft<br>Shai, Heather | 0.60<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 150.00 |
| 70745         TIME<br>8/12/2003<br>Billed         G:10785         9/8/2003<br>Prudential subpoena issues | Doug 250<br>Draft<br>Shai, Heather | 0.10<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 25.00 |
| 70756         TIME<br>8/12/2003<br>Billed         G:10785         9/8/2003<br>Review Prudential subpoena requirements | Doug 250<br>Draft<br>Shai, Heather | 0.20<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 50.00 |
| 70740         TIME<br>8/12/2003<br>Billed         G:10785         9/8/2003<br>Draft subpoena attachment to prudential | Doug 250<br>Draft<br>Shai, Heather | 0.30<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 75.00 |
| 71243         TIME<br>8/29/2003<br>Billed         G:10785         9/8/2003<br>Review deposition prep issues and Rule 68 research; t/c w/ client | Doug 250<br>Draft<br>Shai, Heather | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 125.00 |
| 71263         TIME<br>9/2/2003<br>Billed         G:10785         9/8/2003<br>Draft depo notice for benefits administrator | Doug 250<br>Draft<br>Shai, Heather | 0.10<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 25.00 |