IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER THOMPSON SHAI,    )
                          )
        Plaintiff,        )
                          )
v.                        )    Case No.  WMN 02-CV-335
                          )
COMSYS INFORMATION        )
TECHNOLOGY SERVICES, INC.,)
                          )
        Defendant.        )

## AFFIDAVIT OF MARY E. HENRY

STATE OF MARYLAND,

COUNTY OF MONTGOMERY, TO WIT:

Mary E. Henry, being at least 18 years old and of sound mind, deposes and says as follows:

1. I have been the secondary attorney for the plaintiff, Heather Thompson Shai, in the above case.

2. I have served in that capacity since on or about May 1, 2002 when Ms. Shai retained the law firm of Jacobs, Jacobs & Farber, LLC, the predecessor of Farber Taylor, LLC, to represent her.

3. I am a 1988 graduate of Western New England College of Law and a 1992 graduate of the Georgetown University Law Center Masters of Labor Laws program.

4. I have practiced in the Washington-Baltimore area for more than ten years.

5. I have been an associate the law firm of Farber Taylor, LLC since August 2002 and in the firm of Jacobs, Jacobs & Farber, LLC since April 2002.

6. The sole focus of my practice of law, both with Farber Taylor, LLC, and its predecessor, Jacobs, Jacobs & Farber, LLC, has been employment law matters.

7. Prior to Jacobs, Jacobs & Farber, LLC, I worked as an attorney advisor at the Department of Labor and as a union labor arbitration representative.

8. On May 1, 2002, Ms. Shai retained Jacobs, Jacobs & Farber, LLC, the predecessor of Farber Taylor, LLC to represent her in her litigation with COMSYS Information Technolgy Services. From May 1, 2002 through the present, we have billed her for legal services on an hourly basis, pursuant to her arrangement with the law firm.

9. My hourly billing rate for legal services was then and has remained at $225.00.

10. Submitted as an exhibit to Ms. Shai's petition for attorney's fees is a true and correct summary of Farber Taylor, LLC's monthly billing records for Ms. Shai's case against COMSYS. All legal services provided to Ms. Shai have been at my standard hourly billing rates in effect at the time.

11. Total legal fees relating to the issues in this law suit that have been billed to and collected from Ms. Shai have been: $57,164.50 for 243.6 hours of time.

12. My hourly billing rate ($225) is within the guidelines for lodestar attorneys' fees issued by the United States District Court for the District of Maryland for an attorney with my number of years of practice.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE STATEMENTS ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.

_____
Mary E. Henry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER THOMPSON SHAI, )
)
Plaintiff, )
)
v. ) Case No. WMN 02-CV-335
)
COMSYS INFORMATION )
TECHNOLOGY SERVICES, INC., )
)
Defendant. )

## AFFIDAVIT OF R. DOUGLAS TAYLOR, JR.

STATE OF MARYLAND,

COUNTY OF MONTGOMERY, TO WIT:

R. Douglas Taylor, Jr., being at least 18 years old and of sound mind, deposes and says as follows:

1. I have been the primary attorney for the plaintiff, Heather Thompson Shai, in the above case.

2. I have served in that capacity since on or about May 1, 2002, when Ms. Shai retained the law firm of Jacobs, Jacobs &Farber, LLC, predecessor to Farber Taylor, LLC, to represent her.

3. I am a 1992 graduate of the Georgetown University Law Center.

4. I have practiced in the Washington-Baltimore area for more than ten years.

5. I have been a partner in the law firm of Farber Taylor, LLC since August 2002.

6. The sole focus of my practice of law, both with Farber Taylor, LLC, and its predecessor, Jacobs, Jacobs & Farber, LLC, has been employment law matters.

7. Prior to Jacobs, Jacobs & Farber, LLC, I served as in-house legal counsel for a Virginia-

based corporation, advising senior management on employment discrimination, wage, and benefit issues. Before that, I was an associate attorney with several suburban Washington, D.C., law firms, handling a wide variety of civil litigation issues, which included a number of bench trials in the state courts of Maryland, Virginia and the District of Columbia.

8. On May 1, 2002, Ms. Shai retained Jacobs, Jacobs & Farber, LLC to represent her in her litigation with COMSYS Information Technology Services, Inc. ("COMSYS"). From May 2002 through the present, we have billed Ms. Shai for legal services on an hourly basis, pursuant to her arrangement with the law firm.

9. My hourly billing rate for legal services was $210.00, initially, and then $250.00.

10. Submitted as an exhibit to Ms. Shai's petition for attorney's fees is a true and correct summary of Farber Taylor, LLC's monthly billing records for Ms. Shai's case against COMSYS. All legal services I provided to Ms. Shai have been at my standard hourly billing rates in effect at the time.

11. Total legal fees relating to the issues in this law suit that have been billed to and collected from Ms. Shai have been $57,164.50 for 243.6 hours of time.

12. My hourly billing rates above were within the guidelines for lodestar attorneys' fees issued by the United States District Court for the District of Maryland for an attorney with my number of years of practice.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE STATEMENTS ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.

_____
R. Douglas Taylor, Jr.