**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

HEATHER THOMPSON SHAI,               )
                                     )
      Plaintiff,                      )
                                     )
v.                                   )          Case No. WMN 02-CV-335
                                     )
COMSYS INFORMATION TECHNOLOGY )
SERVICES, INC.,                      )
                                     )
      Defendant.                      )
                                     )
_____)

## SUPPLEMENTAL NOTICE OF FILING OF LENGTHY EXHIBIT

      Counsel was unsuccessful in scanning its bill for attorneys fees and the affidavit of Jerry Goldman, which are attachments to Plaintiff's Memorandum in Support Plaintiff's Petition for Attorneys Fees in a manner which would be less than 1.5MB.

      Therefore, pursuant to the Electronic Filing Procedures of the U.S. District Court for the District of Maryland, it is being filed with the Clerk's Office in paper format and will be served on counsel within 24 hours of the filing of this Notice.

                             Respectfully submitted,

                             FARBER TAYLOR, LLC


          By: _____/s/_____
               Mindy G. Farber (#04054)
               R. Douglas Taylor, Jr. (#22542)
               Mary E. Henry (# 06195)
               One Central Plaza, Suite 808
               11300 Rockville Pike
               Rockville, Maryland 20850
               (301) 881-6800
               Counsel for plaintiff