IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

HEATHER THOMPSON SHAI,

    Plaintiff

    v.       Case No. WMN 02-CV-335

COMSYS INFORMATION TECH-NOLOGY SERVICES, INC.,

    Defendant

NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1-20, which are an attachment to Defendant's Memorandum In Opposition to Petition for Attorney's Fees Or, In the Alternative, In Support of Motion for Relief from Judment, exist only in paper format and are 15 pages or longer.  They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                    /s/
                                      Jack L. B. Gohn, Bar No. 02823
                                      Gohn, Hankey & Stichel, LLP
                                      Suite 2101
                                      201 North Charles Street
                                      Baltimore, Maryland 21201
                                      Telephone: 410-752-0412
                                      Telecopier: 410-752-2519
                                      jgohn@ghsllp.com
                                      Attorney for Defendant COMSYS Information Technology Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2003, a copy of the aforegoing was sent by electronic filing, to:

Douglas Taylor, Esq.
Mary Henry, Esq.
Farber Taylor, LLC
1 Central Plaza
11300 Rockville Pike, Suite 808
Rockville, Maryland 20852-3010

                                                                            /s/
                                                 Jack L. B. Gohn

0004638.wpd