IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

HEATHER THOMPSON SHAI,

    Plaintiff

    v.                                      Case No. WMN 02-CV-335

COMSYS INFORMATION TECH-
NOLOGY SERVICES, INC.,

    Defendant

AFFIDAVIT OF JACK L. B. GOHN

I, JACK L. B. GOHN, under the penalties of perjury, state and depose as follows:

1.    I am over 18 years of age, and competent to render testimony in legal proceedings. All statements herein are made of my own personal knowledge.

2.    I am a member of the Maryland State Bar and the Bar of the United States District Court for the District of Maryland. I am counsel for Defendant COMSYS Information Technology Services, Inc. in the above-captioned litigation.

3.    I am the author of the Defendant's Memorandum in Opposition to Petition for Attorney's Fees Or, in the Alternative, in Support of Motion for Relief from Judgment in support of which this Affidavit is submitted. All statements of fact therein concerning the conduct of counsel during this litigation are accurate, based upon my own personal knowledge.

October 27, 2003                                      Jack L. B. Gohn /s/