IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

HEATHER THOMPSON SHAI,

    Plaintiff

v.                                          Case No. WMN 02-CV-335

COMSYS INFORMATION TECH-
NOLOGY SERVICES, INC.,

    Defendant

ORDER

HAVING READ AND CONSIDERED the Fee Petition of Plaintiff Heather Thompson Shai in the above-captioned matter, together with the papers filed in support of and in opposition to the same, and having heard whatever oral argument may have been had with respect to the same, it is this _____ day of _____, 200__, by the United States District Court for the District of Maryland, ORDERED that:

    1.    Fee Petition of Plaintiff Heather Thompson Shai be and the same hereby is DENIED; and

    2.    The Clerk of the Court shall send a copy of this Order to all counsel.

                                                        _____
                                                        United States District Judge

0004636.wpd