IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER THOMPSON SHAI, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil No. WMN 02-CV-335 |
| COMSYS INFORMATION TECHNOLOGY SERVICES, INC., | ) ) ) ) |
| Defendant. | ) ) |

**O R D E R**

UPON CONSIDERATION of the motion to strike filed by the plaintiff, Heather Thompson Shai, it is _____ day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the motion to strike filed by the plaintiff be, and the same is hereby, GRANTED; and it is further

ORDERED, that the defendant's rebuttal memorandum in opposition to petition for attorney's fees be, and the same is hereby, STRICKEN.

_____
United States District Judge