```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

HEATHER THOMPSON SHAI          :
                               :
v.                             :   Civil Action No. WMN-02-335
                               :
COMSYS INFORMATION             :
 TECHNOLOGY SERVICES, INC.     :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 22nd day of March, 2004, by the United States District Court for the District of Maryland, ORDERED:

  1.   That Plaintiff's Motion to Strike Defendant's Surreply, Paper No. 51, is DENIED;

  2.   That Defendant's Motion for Leave to File a Surreply, Paper No. 52, is GRANTED;

  3.   That Plaintiff's Motion for Attorney's Fees, Paper No. 46, is DENIED; and

  4.   That the Clerk of the Court shall transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                              _____/s/_____
                              William M. Nickerson
                              Senior United States District Judge