IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER THOMPSON SHAI,           )
                                 )
        Plaintiff,               )
                                 )
v.                               )   Civil No. WMN 02-CV-335
                                 )
COMSYS INFORMATION TECHNOLOGY    )
SERVICES, INC.,                  )
                                 )
        Defendant.               )
_____)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE of the following change of address, effectively immediately, for the undersigned counsel for plaintiff Heather Thompson Shai

> R. Douglas Taylor, Jr., Esq.
> R. Douglas Taylor, Jr., Esq., LLC
> 5811 Devonshire Drive
> Bethesda, Maryland 20816
> (301) 229-3163 (telephone)
> (301) 229-3182 (facsimile)

                                    Respectfully submitted,

                                    R. DOUGLAS TAYLOR, JR., ESQ., LLC


                                    _____/s/_____
                                    R. Douglas Taylor, Jr. (#22542)
                                    5811 Devonshire Drive
                                    Bethesda, Maryland 20816
                                    (301) 229-3163 (telephone)
                                    (301) 229-3182 (facsimile)
                                    Counsel for plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2004, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201

/s/
R. Douglas Taylor, Jr.