IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER THOMPSON SHAI,

    Plaintiff,    )
                          )
v.                                Civil No. WMN 02-CV-335

COMSYS INFORMATION TECHNOLOGY )
SERVICES, INC.,                    )
                                  )
    Defendant.

## L I N E

TO THE CLERK OF THE COURT:

    Please mark the judgment entered in favor of plaintiff Heather Thompson Shai and against defendant Comsys Information Technology Services, Inc. as paid and satisfied.

                                        Respectfully submitted,

                                        R. DOUGLAS TAYLOR, JR., ESQ., LLC

                                        _____/s/_____
                                        R. Douglas Taylor, Jr. (#22542)
                                        5811 Devonshire Drive
                                        Bethesda, Maryland 20816
                                        (301) 229-3163 (telephone)
                                        (301) 229-3182 (facsimile)
                                        Counsel for plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2004, I mailed a copy of the foregoing to the following:

Jack L. B. Gohn, Esq.
Gohn, Hankey & Stichel, LLP
Suite 2101
201 North Charles Street
Baltimore, Maryland 21201

_____/s/_____
R. Douglas Taylor, Jr.